UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                  Ancillary Case No. 2:23-mc-50913

D-1 FRANCISCO PATINO, MD       Related Case No. 2:18-cr-20451

       Defendant,                Honorable Denise Page Hood

CORINA PATINO,

       Interested Party.
_____/

**UNITED STATES' RESPONSE TO CLAIM OF INTEREST**

NOW COMES, Plaintiff, the United States of America, by and through the undersigned counsel, in response to the Petition for Claim of Interest on behalf of Corina Patino (ECF No. 1) and pursuant to the Court's August 6, 2024, Order (ECF No. 4) states as follows:

**BACKGROUND**

On February 25, 2020, the United States filed a Superseding Indictment against Defendant, Francisco Patino ("PATINO") for the following:

1) Count 1 – Conspiracy to Commit Health Care Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349;

2) Count 2 and 3 – Health Care Fraud, in violation of 18 U.S.C. §§ 1347 and 2;

3) Count 4 – Conspiracy to Defraud the United States and Pay and Receive Health Care Kickbacks, in violation of 18 U.S.C. § 371;

4) Count 5 – Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h);

5) Count 6 – Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i) and 2.

*United States v. Francisco Patino*, 2:18-cr-20451, ECF No. 100.

The Superseding Indictment alleged criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) through 28 U.S.C. § 2461, and 18 U.S.C. §§ 982(a)(1) and (7). *Id.*, PageID. 1024. Specifically, the Superseding Indictment alleged forfeiture of certain specific property, including but not limited to:

- Seventeen Thousand Two Hundred Seventeen Dollars and Fifty-Seven Cents ($17,257.57) in funds from Bank of Ann Arbor Personal Checking Account No. 801003344, held in the name of Francisco and Corina M. Patino;

- One Thousand Five Hundred Twenty Dollars and Twenty-Three Cents ($1,520.23) in funds from Bank of America Personal Checking Account No. 3750-1144-2447, held in the name of Francisco Patino and Corina Patino; and

- All Funds on Deposit and All Other Items of Value in John Hancock Life Insurance Policy No. 93-113-241, held in the name of Francisco Patino (Approximately $88,000.00 value, as of June 27, 2018)

(collectively referred hereinafter as the "Subject Property"). *Id.*, PageID. 1025-1026.

Page 2 of 6

On September 22, 2021, a jury found PATINO guilty of:

1) Count 1 – Conspiracy to Commit Health Care Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349;

2) Count 2 and 3 – Health Care Fraud, in violation of 18 U.S.C. § 1347;

3) Count 4 – Conspiracy to Defraud the United States and Pay and Receive Health Care Kickbacks, in violation of 18 U.S.C. § 371;

4) Count 5 - Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h); and

5) Count 6 – Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i) and 2.

(*Id.*, Verdict Form, ECF No. 218).

On January 12, 2023, the Court entered a Preliminary Order of Forfeiture that included criminal forfeiture of the Subject Property.  Subsequently on January 30, 2023, the Court sentenced PATINO. *Id.*, ECF No. 259 and 263. PATINO was sentenced to a total term of imprisonment of 198 months and 3 years of supervised release. *Id.*, ECF No. 263.  PATINO was also ordered to pay a special assessment of $600.00,[1] restitution in the amount of $30,348,798.68, and forfeiture of various property, including, but not limited to the Subject Property. *Id.*, PageID. 9810.

Upon entry of PATINO's Preliminary Order of Forfeiture and Amended Judgment (*Id.*, ECF No. 268), the United States' Attorney's Office ("USAO") began

---

[1] 18 U.S.C. § 3013.

noticing potential interested parties concerning their potential alleged interests in the forfeited property.

On May 3, 2023, the USAO received notice of PATINO's ex-wife, Corina Patino's ("CORINA"), claim to the Subject Property. Through counsel, CORINA, and the USAO agreed to exchange documents concerning CORINA's claim to the Subject Property while awaiting the outcome of PATINO's appeal.

On June 6, 2023, the United States Court of Appeals for the Sixth Circuit, 23-1231, affirmed this Court's detention order in *United States v. Francisco Patino*, originating case no. 2:18-cr-20451. (ECF No. 273). Thereafter, on June 28, 2023, the United States Court of Appeals issued a mandate. *Id.*, ECF No. 279.

## STATUS

At this time, the Subject Property has the following status:

| Asset | Value | Status |
|---|---|---|
| Funds from Bank of Ann Arbor Personal Checking Acct No. 801003344, held in the name of Francisco Patino and Corina M. Patino (CATS Asset ID 18-FBI-006359) | $17,217.57 | In the custody of the USMS |
| Funds from Bank of America Personal Checking Acct No. 3750-1144-2447, held in the name of Francisco Patino and Corina M. Patino (CATS Asset ID 18-FBI-006360) | $1,520.23 | In the custody of the USMS |

All Funds on Deposit and All Other                    Lapsed 01/09/2023
Items of Value in John Hancock Life
Insurance Policy No. 93-113-241, held in   $0
the name of Francisco Patino
(CATS Asset ID 18-FBI-006366)

**TOTAL          $18,737.80**

This ancillary proceeding 2:23-mc-50913 is ongoing with document exchanges concerning CORINA's claim to the Subject Property.

At this time, the parties should confer and submit a proposed joint scheduling order, at which time the Court may wish to schedule a Joint Status Conference prior to issuing a Case Management/Scheduling Order.

## CONCLUSION

While the United States anticipates settlement of CORINA's claim to the SUBJECT PROPERTY, it still necessitates due diligence including a six (6) month discovery period and this Court should authorize discovery under the Federal Rules of Civil Procedure. Fed. R. Civ. P. 32.2(c)(1)(B) (authorizing civil discovery in ancillary proceedings).

WHEREFORE, the United States respectfully requests the Court enter an order scheduling a Case Management Status and/or Scheduling Conference with the requirement that the parties submit to the Court a joint discovery plan prior to the conference.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/ Jessica A. Nathan*
JESSICA A. NATHAN
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9643
Jessica.Nathan@usdoj.gov
TX Bar No 24090291

Dated: August 20, 2024

### Certificate of Service

I hereby certify that on August 20, 2024, the *United States' Response to Claim of Interest* was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to any party identified on the docket.

*s/ Jessica A. Nathan*
JESSICA A. NATHAN
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9643
Jessica.Nathan@usdoj.gov
TX Bar No 24090291